MEMORANDUM OPINION

 

No. 04-11-00299-CV

 

In the Matter of the ESTATE
OF Lewis A. HOPKINS, Deceased

 

From the Probate
Court No. 2, Bexar County, Texas

Trial Court No. 2008-PC-3162

Honorable Tom
Rickhoff, Judge Presiding

 

PER CURIAM

 

Sitting:          Rebecca Simmons,
Justice

                     Steven
C. Hilbig, Justice

                     Marialyn
Barnard, Justice

 

Delivered and
Filed:  June 15, 2011

 

DISMISSED

 

Appellant has filed a
motion to dismiss this appeal.  The motion contains a certificate of service on
counsel for appellee, Mary E. Hopkins, who has not opposed the motion. 
Therefore, we grant the motion and dismiss the appeal.  See Tex. R. App. P. 42.1(a)(1).  Costs of
this appeal are taxed against the appellant.  See id. 42.1(d).

PER
CURIAM